Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
Jason Clark (SBN 252490)
jclark@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:    (310) 929-4900
Facsimile:    (310) 943-3838

Attorneys for Plaintiffs,
NICOLE TUCKER and MARQUES TUCKER


GORDON REES SCULLY MANSUKHANI, LLP
Amy K. Alexander (SBN: 236728)
Spencer P. Hugret (SBN: 240424)
275 Battery Street, Suite 2000
San Francisco, California 94111
Tel No.:  (415) 986-5900
Fax No.: (415) 986-8054
aalexander@grsm.com
shugret@grsm.com


Attorneys for Defendant,
FCA US, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE TUCKER and MARQUES TUCKER,<br><br>              Plaintiffs,<br><br>       vs.<br><br>FCA, US, LLC; CERRITOS DODGE CHRYSLER JEEP; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: CV 21-2908-GW-MAAx<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Maria A. Audero<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO RESOLVE ATTORNEY FEES, COSTS, AND EXPENSES & REQUEST FOR ENTRY OF AMENDED JUDGEMENT** |

1  The court has considered the Parties' Joint Stipulation to Resolve Attorney
2  Fees, Costs, and Expenses and Request for Entry of Judgment and hereby enters the
3  Parties' [Proposed] JUDGMENT in favor of Plaintiffs in the amount of $211,073.99
4  against Defendant FCA US LLC, comprised of $146,073.99 as set out in the Fed.
5  R. Civ. P. 68 Offer of Judgment and $65,000.00 for attorneys' fees, costs, and
6  expenses, payable to Plaintiffs' counsel within 60 days of the entry of judgment.

**IT IS SO ORDERED.**

Dated: May 10, 2022

HON. GEORGE H. WU,
U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28