# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE TUCKER and MARQUES TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>FCA, US, LLC; CERRITOS DODGE CHRYSLER JEEP; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV 21-2908-GW-MAAx**<br><br>District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Maria A. Audero<br><br>**ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 5, 2021 |

Based on a review of the Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: August 3, 2022

_____
Hon. George H. Wu
United States District Judge